THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ERIC BOONE                                                                                    PLAINTIFF

v.                                      Case No. 4:18-cv-00287-KGB

KENNETH J. BRAITHWAITE, Secretary of the Navy[1]                   DEFENDANT

**ORDER**

Before the Court is plaintiff Eric Boone's renewed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 13).  The EAJA authorizes the payment of attorney's fees and expenses to a prevailing party that meets certain financial eligibility requirements.  *See* 28 U.S.C. § 2412(d)(1)(A).  In the instant motion, Mr. Boone asks the Court to award attorney's fees in the amount of $1,150.00, representing 9.2 hours of work at the rate of $125.00 per hour.  Defendant Kenneth J. Braithwaite, Secretary of the Navy, does not contest Mr. Boone's motion (Dkt. No. 14, at 1).

For good cause shown, the Court grants Mr. Boone's renewed motion for attorney's fees and costs pursuant to the EAJA (Dkt. No. 13) and denies as moot Mr. Boone's original motion for attorney's fees and costs (Dkt. No. 9).  The Court approves attorney's fees in the amount of $1,150.00.  The fee award shall be made payable to Mr. Boone, in the care of and mailed to his counsel of record, James W. Stanley, Jr., of the Stanley Law Firm P.A., but subject to any applicable offsets for pre-existing debt Mr. Boone owes the government.  *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).  The Secretary of the Navy shall certify this award.

---

[1] Kenneth J. Braithwaite was sworn in as the 77th Secretary of the Navy on May 29, 2020. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Braithwaite is automatically substituted as a party.

It is so ordered this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge